**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| ALEKSANDR KARATAEV, | ) ) ) ) 3:26-CV-707 |
| Petitioner, | ) ) ) |
| v. | ) ) |
| WARDEN, MOSHANNON VALLEY PROCESSING CENTER; *et al.*, | ) ) ) ) |
| Respondents. | ) ) |

## ORDER

Before the Court is Mr. Karataev's Emergency Motion to Reopen Case and Enforce Habeas Judgment (ECF 15).  The Court has taken the motion under consideration, but cannot make a finding as to the fairness of Mr. Karataev's bond hearing without first reviewing the transcript of that proceeding.

Accordingly, **IT IS ORDERED** that Mr. Karataev shall file the official transcript of his bond hearing, which was held on May 21, 2026, by no later than **June 29, 2026.**  It is the Court's understanding that copies of hearing transcripts can be obtained by submitting a Request for Record of Proceedings (ROP) to the immigration court in which the hearing was held.  More detailed directions as to making an ROP request can be found online at https://www.justice.gov/eoir/ROPrequest.

If Mr. Karataev is absolutely unable to obtain a copy of the transcript, he shall provide notice of such to the Court by **June 29, 2026**, including details of his efforts to make the necessary ROP request.

DATED this 8th day of June, 2026.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Aleksandr Karataev
A#220-770-015
Moshannon Valley Processing Center
555 Geo Drive
Philipsburg, PA 16866