## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ALEKSANDR KARATAEV, | ) ) ) ) | 3:26-CV-707 |
| Petitioner, | ) ) ) | |
| v. | ) ) ) | |
| WARDEN, MOSHANNON VALLEY PROCESSING CENTER; *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

## ORDER

**AND NOW**, this 30th day of June, 2026, it appearing that Mr. Karataev has made diligent efforts to obtain the transcript of his bond hearing but has been unable to do so (ECF 19), and the transcript being necessary for the Court to decide Mr. Karataev's pending motion to enforce (ECF 15), **IT IS ORDERED** that Respondents shall secure the official transcript of the May 21, 2026, bond hearing and file it by **July 14, 2026**. If the transcript cannot be filed by July 14, 2026, Respondents shall instead file a status report by the same date, indicating when the transcript will be available.

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

cc:
Aleksandr Karataev
A#220-770-015
Pike County Correction Facility
175 Pike County Boulevard
Lords Valley, PA 18428